# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 19, 2015

### NO. 03-15-00214-CV

**Kirk Koether and Vicki Koether, Appellants**

**v.**

**Domingo Reyes, Ludivina Reyes, Natalie Broderson and Mary Merrell, Appellees**

**APPEAL FROM 21ST DISTRICT COURT OF LEE COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court. Having reviewed the record, the Court holds that appellants have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.